RICHARD M. OBERTO
ATTORNEY AT LAW
CA State Bar No. 247285
516 W. Shaw Ave. Ste 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for the defendant,
Ray Anthony Waller

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:25-cr-125-KES-BAM |
| *Plaintiff*, | ) STIPULATION AND ORDER<br>) TO SET CHANGE OF PLEA HEARING |
| v. | ) |
| RAY ANTHONY WALLER, | ) |
| *Defendant.* | ) |

**TO THE ABOVE ENTITLED COURT:**

The parties stipulate to the setting of a change of plea hearing in the above-entitled case in Courtroom 6, Fresno Division, before the Honorable District Judge Kirk E. Sherriff, at 9:30 a.m. on August 24, 2026. The change of plea hearing contemplates an "open" plea to the three counts alleged in the indictment. The case is otherwise scheduled for a status conference hearing on August 26, 2026, with time for speedy trial excluded through that date. The advance change of plea hearing would eliminate the need for the status conference, which the parties stipulate to vacate. As time is already excluded through August 26th, the advance change of plea hearing does not require any finding with respect to exclusion of time.

The parties also stipulate to an order for the defendant RAY ANTHONY WALLER ("Mr. Waller") to be personally present for the scheduled change of plea hearing. Mr. Waller is currently in the custody of the United States Marshal Service ("USMS") at the

Taft Community Correctional Facility and would require USMS transportation for court. Mr. Waller does not require the services of an interpreter.

DATED: 8/7/2026

*/s/Richard Oberto*
RICHARD OBERTO
Attorney for the defendant,
Ray Anthony Waller

DATED: 8/7/2026

*/s/David Gappa*
DAVID GAPPA
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED in the case of United States v. Ray Anthony Waller, United States District Court of the Eastern District of California, No. 1:25-cr-125-KES-BAM:

1. A change of plea hearing is scheduled for Courtroom 6, in the Fresno Division, before the Honorable District Judge Kirk E. Sherriff, at 9:30 a.m., on August 24, 2026.
2. The United States Marshal's Service shall transport the defendant RAY ANTHONY WALLER from his place of confinement for the change of plea hearing on August 24, 2026.
3. The status conference hearing previously scheduled for August 26, 2026 is vacated.

IT IS SO ORDERED.

Dated: **August 10, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE