RICHARD M. OBERTO
ATTORNEY AT LAW
CA State Bar No. 247285
516 W. Shaw Ave. Ste 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for the defendant,
Ray Anthony Waller

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br>v.<br>RAY ANTHONY WALLER,<br>*Defendant.* | No. 1:25-cr-125-KES-BAM<br><br>STIPULATION AND ORDER TO RESCHEDULE CHANGE OF PLEA HEARING |

**TO THE ABOVE ENTITLED COURT:**

The parties stipulate to rescheduling the change of plea hearing in the above-entitled case in Courtroom 6, Fresno Division, before the Honorable District Judge Kirk E. Sherriff, at 9:30 a.m. on September 14, 2026. The case was previously scheduled for a change of plea hearing on August 24, 2026, with time for speedy trial excluded two days beyond that date. Dkt. No. 33, Stipulation and Order. The rescheduling is necessary to allow time for the defense to prepare an "Application for Permission to Enter a Plea of Guilty", using the standard court form. The defense and prosecution are currently meeting and conferring about a suitable factual basis for the pleas that the defendant RAY ANTHONY WALLER ("Mr. Waller") would be entering.

The parties also stipulate to excluding time through the date contemplated for the change of plea on September 14, 2026. 18 U.S.C. 3161(h)(1), (h)(7). Defense counsel has consulted with Mr. Waller and received his approval for the exclusion of time. The

applicable statute provides that "time shall be excluded" when the delay results "from consideration by the court of a proposed plea agreement to be entered into by the defendant and the attorney for the Government[.]" 18 U.S.C. 3161(h)(1)(G). Another subdivision provides the court "shall consider in determining whether to grant a continuance . . . Whether the failure to grant such a continuance in a case which, taken as a whole . . . would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. 3161(h)(7)(B)(iv). Under section 3161(h)(1)(G), the exclusion of time is necessary so that Mr. Waller may prepare the requisite application to enter his proposed guilty pleas and the court may consider that application. Under section 3161(h)(7)(B)(iv), the failure to grant a continuance would deny the defense a reasonable time to prepare an application for Mr. Waller to enter guilty pleas. The ends of justice served by the continuance and exclusion of time outweigh the best interest of the public and the defendant in a speedy trial.

The parties also stipulate to an order for Mr. Waller to be personally present for the rescheduled change of plea hearing. Mr. Waller is currently in the custody of the United States Marshals Service ("USMS") at the Taft Community Correctional Facility and would require USMS transportation for court. Mr. Waller does not require the services of an interpreter.

DATED: 8/20/2026 *[/s/Richard Oberto]*
RICHARD OBERTO
Attorney for the defendant,
Ray Anthony Waller

DATED: 8/20/2026 */s/David Gappa*
DAVID GAPPA
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED in the case of United States v. Ray Anthony Waller, United States District Court of the Eastern District of California, No. 1:25-cr-125-KES-BAM:

1. The change of plea hearing previously scheduled for August 24, 2026 is vacated.
2. A new change of plea hearing is scheduled for Courtroom 6, in the Fresno Division, before the Honorable District Judge Kirk E. Sherriff, at 9:30 a.m., on September 14, 2026.
3. Time for trial is excluded through the change of plea hearing on September 14, 2026. Under 18 U.S.C. 3161(h)(1)(G), exclusion of time is necessary so that the court may consider Mr. Waller's anticipated application to enter guilty pleas. Time is also excluded on the basis that under 18 U.S.C. 3161(h)(7)(B)(iv), the defense needs time to prepare the anticipated application and, to that end, needs to meet and confer with the prosecution regarding a factual basis. The ends of justice served by the continuance and exclusion of time outweigh the best interest of the public and the defendant in a speedy trial.
4. The United States Marshals Service shall transport the defendant RAY ANTHONY WALLER from his place of confinement for the change of plea hearing on September 14, 2026.

IT IS SO ORDERED.

Dated: August 21, 2026

UNITED STATES DISTRICT JUDGE